# Exhibit D:

# Declarations

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation, ANA CAROLINA DAZA, and SARAH POPE, individuals,<br><br>    Plaintiffs,<br>vs.<br><br>JOSEPH R. BIDEN, JR., President of the United States; XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE CENTERS FOR DISEASE CONTROL; ROCHELLE P. WALENSKY, MD, MPH, Director of the Centers for Disease Control and Prevention, in her official capacity, and MARTIN S. CETRON, MD, Director, Division of Global Migration and Quarantine, Centers for Disease Control and Prevention, in his official capacity; The UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. _____<br><br>DECLARATION OF KELLY PRATT |

**DECLARATION OF KELLY PRATT**

I, Kelly Pratt, hereby declare under penalty of perjury as follows:

1. I am of sound mind and of the age of majority, and capable of testifying to the information sworn to herein.

2. I make this Declaration based on my own personal knowledge.

3. I am a citizen of the United States of America, and I am domiciled in Manatee

**DECLARATION OF KELLY PRATT**

1

County, Florida.

4. I am a member of Health Freedom Defense Fund, Inc.

5. Since the pandemic and the restrictions surrounding the pandemic have been implemented, I have not been able to see my now ninety-three-year-old mother who has recently been relocated from Seattle, Washington to an assisted living facility in San Francisco, California.

6. Prior to the pandemic, I would visit my mother at least once a year. The trip from Tampa is a minimum of eight hours total travel time, including time spent in airports.

7. The last time I saw my beloved mother was in November of 2019 when she came to visit me in Bradenton, Florida. Unfortunately, she is physically unable to travel alone now.

8. I have put off traveling to see my mother because I cannot fathom wearing a mask for a minimum of eight hours. When I put a mask on, I find it much more difficult to breath, and I experience overwhelming anxiety. I believe that wearing a mask for extended periods of time is harmful to one's health.

9. I feel an incredible amount of guilt knowing that any day might be the day that my mother is no longer around, and I may never get a chance to see her again due to these tyrannical edicts.

10. I object to the government choosing for me when and where I have the freedom to live and move about freely without a facial covering. I object to others using their power to dictate when and where I can come and go without covering my face.

11. I am adamantly opposed to this illegal mask ordinance. No one in this country has the right to dictate what I must put over my mouth and nose.

12. Although I could have filed a lawsuit on my own behalf, since I am a member of Health Freedom Defense Fund, I am relying on the Health Freedom Defense Fund to represent

**DECLARATION OF KELLY PRATT**

me and protect my health freedoms.

I hereby declare under penalty of perjury that the foregoing is a true and correct statement, and that this declaration was executed on the 9th day of July, 2021.

<u>*Kelly Pratt*</u>
**KELLY PRATT**

**Signature:** <u>*Kelly Pratt*</u>
Kelly Pratt (Jul 10, 2021 14:33 EDT)

**Email:** kpcats@live.com

3

**DECLARATION OF KELLY PRATT**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation, ANA CAROLINA DAZA, and SARAH POPE, individuals,<br><br>   Plaintiffs,<br>vs.<br><br>JOSEPH R. BIDEN, JR., President of the United States; XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE CENTERS FOR DISEASE CONTROL; ROCHELLE P. WALENSKY, MD, MPH, Director of the Centers for Disease Control and Prevention, in her official capacity, and MARTIN S. CETRON, MD, Director, Division of Global Migration and Quarantine, Centers for Disease Control and Prevention, in his official capacity; The UNITED STATES OF AMERICA,<br><br>   Defendants. | Case No. _____<br><br>**DECLARATION OF PAULA JAGER** |

**DECLARATION OF PAULA JAGER**

I, Paula Jager, hereby declare under penalty of perjury as follows:

   1.   I am of sound mind and of the age of majority, and capable of testifying to the information sworn to herein.

   2.   I make this Declaration based on my own personal knowledge.

**DECLARATION OF PAULA JAGER**                                                                                                1

**Signature:** *Paula Jager*
Paula Jager (Jul 9, 2021 17:29 EDT)

**Email:** g.i.jane@verizon.net

3. I am a citizen of the United States of America, and I am domiciled in Hillsborough County, Florida.

4. I am a member of Health Freedom Defense Fund, Inc.

5. Because of the mandate to wear a mask while flying, I have been unable to attend fitness conferences, which has negatively affected my business in the cross-fit arena.

6. I normally travel a couple times per year for pleasure and have been unable to since this policy has been implemented.

7. When I wear a mask, I feel like I cannot breathe, not to mention the chaffing that occurs from the mask.

8. Being forced to wear a mask is personally offensive to my dignity. I feel like I am being dehumanized.

9. I object to the government choosing for me when and where I have the freedom to live and move about freely without a facial covering. I object to others using their power to dictate when and where I can come and go without covering my face.

10. I am adamantly opposed to this illegal mask ordinance. No one in this country has the right to dictate what I must put over my mouth and nose.

11. Although I could have filed a lawsuit on my own behalf, since I'm a member of Health Freedom Defense Fund, I am relying on the Health Freedom Defense Fund to represent me and protect my health freedoms.

I hereby declare under penalty of perjury that the foregoing is a true and correct statement, and that this declaration was executed on the 9th day of July, 2021.

<u>          Paula Jager          </u>
**PAULA JAGER**

2

**DECLARATION OF PAULA JAGER**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation, ANA CAROLINA DAZA, and SARAH POPE, individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOSEPH R. BIDEN, JR., President of the United States; XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE CENTERS FOR DISEASE CONTROL; ROCHELLE P. WALENSKY, MD, MPH, Director of the Centers for Disease Control and Prevention, in her official capacity, and MARTIN S. CETRON, MD, Director, Division of Global Migration and Quarantine, Centers for Disease Control and Prevention, in his official capacity; The UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. _____<br><br>**DECLARATION OF PETER KENNEDY** |

**DECLARATION OF PETER KENNEDY**

I, Peter Kennedy, hereby declare under penalty of perjury as follows:

1. I am of sound mind and of the age of majority, and capable of testifying to the information sworn to herein.

2. I make this Declaration based on my own personal knowledge.

**DECLARATION OF PETER KENNEDY**                                                                      1

**Signature:** *Peter D. Kennedy*
Peter D. Kennedy (Jul 9, 2021 19:23 EDT)

**Email:** pete.foodlaw@gmail.com

3. I am a citizen of the United States of America, I am domiciled in the State of Florida, and I reside in Sarasota County, Florida.

4. I am a member of the Health Freedom Defense Fund, Inc.

5. Prior to the pandemic, I traveled on average twelve times per year.

6. Since the lockdowns and restrictions have been instituted, I have not traveled by airplane at all in part due to my unwillingness to be forced to wear a mask. The resulting inability to fly has caused irreparable harm.

7. I have done extensive research on the efficacy masks provide against a virus, and the potential health risks around masking, and it is my belief that masks are ineffective and a health hazard.

8. I object to the government choosing for me when and where I have the freedom to live and move about freely without a facial covering. I object to others using their power to dictate when and where I can come and go without covering my airway and impeding my ability to breathe.

9. I am adamantly opposed to this illegal mask ordinance. No one in this country has the right to dictate what I must put over my mouth and nose.

10. Although I could have filed a lawsuit on my own behalf, since I am a member of the Health Freedom Defense Fund, I am relying on the Health Freedom Defense Fund to represent me and protect my health freedoms.

I hereby declare under penalty of perjury that the foregoing is a true and correct statement, and that this declaration was executed on the 9th day of July 2021.

<u>  Peter  D.  Kennedy    </u>
**PETER KENNEDY**

2

**DECLARATION OF PETER KENNEDY**