**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO. 8:21-cv-1693-KKM-AEP

HEALTH FREEDOM DEFENSE FUND,
INC., a Wyoming Not-for-Profit
Corporation, ANA CAROLINA DAZA,
and SARAH POPE, individuals,

      Plaintiffs,

vs.

JOSEPH R. BIDEN, JR., President of the
United States; XAVIER BECERRA,
Secretary of Health and Human Services, in
his official capacity; THE DEPARTMENT
OF HEALTH AND HUMAN SERVICES;
THE CENTERS FOR DISEASE CONTROL;
ROCHELLE  P. WALENSKY, MD, MPH,
Director of the Centers for Disease Control
and Prevention, in her official capacity; and
MARTIN S. CETRON, MD, Director,
Division of Global Migration and
Quarantine, Centers for Disease Control
and Prevention, in his official capacity; The
UNITED STATES OF AMERICA,

      Defendants.

**NOTICE OF SERVICE**

**NOTICE OF SERVICE**

Pursuant to FED. R. CIV. P. 4(i), the undersigned lead attorney for Plaintiffs

hereby certifies as follows:

1.    That our paralegal mailed by certified mail, return receipt, the

summonses [DE 4] with copies of the Complaint [DE 1] to each of the Defendants:

Joseph R. Biden, Jr., President of the United States, in his official capacity; Xavier

Becerra, Secretary of Health and Human Services, in his official capacity; The

Department of Health and Human Services; Rochelle Walensky, Director of the

Centers for Disease Control and Prevention, in her official capacity; The Centers for

Disease Control and Prevention; Martin S. Cetron, M.D., Director, Division of Global

Migration and Quarantine, Centers for Disease Control and Prevention, in his official

capacity; and the United States of America.

      2.      That pursuant to Fed.R.Civ.P. 4(i)(1)(B), 4(i)(2), and 28 CFR § 0.77, the

U.S. Attorney General has been served via the U.S. Department of Justice, Justice

Management Division with a copy of the documents listed in paragraph one for each

of the Defendants.  As well, each Defendant Agency and each individual officer

named in his or her official capacity was served via registered mail in accordance

with the address indicated on each summons.

      3.      That on July 13, 2021, July 14, 2021, and July 21, 2021, the United States

Postal Service provided certified mail receipts for the eight packages sent certified

priority mail. The receipts are attached hereto as Composite Exhibit A.[1]

      4.      That the United States Postal Service website tracking information

confirms delivery of the eight certified priority mail packages on July 6, 2021, July

19, 2021, July 23, 2021, and July 25, 2021. The tracking confirmations are attached

hereto as Exhibit B.

---

[1]      Return receipts for Joseph R. Biden, Jr. and the U.S. Attorney General are still outstanding
but the tracking information shows those packages as having been delivered on July 23, 2021 and
July 25, 2021, respectively.  *See* Exhibit B.

5.      That pursuant to FED. R. CIV. P. 4(i)(1)(A)(i), on July 15, 2021 Carla Spears-Eckerson, a process server of ABC Legal (abclegal.com), the United States Attorney's office, Middle District of Florida, Tampa Division, which accepted service of the Summons and Complaint on behalf of the United States of America on July 15, 2021.  A copy of the affidavit of service is attached hereto as Exhibit C.  A copy of the Summons and Complaint was also sent by ABC Legal via certified priority mail to the United States Attorney General's office on July 15, 2021.   The service confirmation and certified mail receipt is attached hereto as Exhibit D.

I make these proof of service statements under 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true, correct, and complete to the best of my current knowledge.

Respectfully Submitted,

HADAWAY, PLLC
2425 Lincoln Ave.
Miami, FL 33133
Tel: (305) 389-0336

*/s/ Brant C. Hadaway*
Brant C. Hadaway, B.C.S.
Florida Bar No. 494690
Email: bhadaway@davillierlawgroup.com

and

George R. Wentz, Jr., *Pro Hac Vice*
Louisiana Bar No. 02180
The Davillier Law Group, LLC
935 Gravier Street, Suite 1702
New Orleans, Louisiana 70112
Email: gwentz@davillierlawgroup.com
Tel: (504) 582-6998

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system and furnished by US Mail to:

U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

U.S. Health and Human Services
General Counsel
200 Independence Avenue, S.W.
Washington, DC 20201

United States Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602

Centers for Disease Control and
Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Xavier Becerra, Secretary
U.S. Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Rochelle Walensky, Director
Centers for Disease Control and
Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Martin Cetron, MD, Director
Division of Global Migration and
Quarantine
Centers for Disease Control and
Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Jospeh R. Biden, Jr., President of the
United States
The White House
1600 Pennsylvania Ave., NW
Washington, DC 20500

*/s/ Brant C. Hadaway*
Brant C. Hadaway