# EX. A

# United States Postal Service Certified Mail Receipts

Case 8:21-cv-01693-KKM-AEP   Document 8-1   Filed 07/28/21   Page 2 of 5 PageID 105



**Certified Mail Receipt #1** (7020 1810 0001 0836 7127)

- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Atlanta, GA 30329 — OFFICIAL USE
- Certified Mail Fee: $3.60
- $2.85  0864 6
- Extra Services & Fees:
  - ☐ Return Receipt (hardcopy) $0.00
  - ☐ Return Receipt (electronic) $0.00
  - ☐ Certified Mail Restricted Delivery $0.00
  - ☐ Adult Signature Required $0.00
  - ☐ Adult Signature Restricted Delivery $0.00
- Postage: $5.95
- Total Postage and Fees: $12.40
- Postmark Here: 07/14/2021
- Sent To: Dr. Martin Cetron, MD
- Street and Apt. No., or PO Box No.: CDC - 1600 Clifton Rd.
- City, State, ZIP+4®: Atlanta, GA 30329
- PS Form 3800, April 2015 PSN 7530-02-000-9047

**Return Receipt (PS Form 3811) #1**

- SENDER: COMPLETE THIS SECTION
  - ■ Complete items 1, 2, and 3.
  - ■ Print your name and address on the reverse so that we can return the card to you.
  - ■ Attach this card to the back of the mailpiece, or on the front if space permits.
- 1. Article Addressed to:
  Dr. Martin Cetron MD.
  Director, CDC
  Division Global Migration
  & Quarantine
  1600 Clifton Rd
  Atlanta, GA 30329-4027
- 9590 9402 6540 1028 1565 67
- 2. Article Number (Transfer from service label):
  7020 1810 0001 0836 7127
- 3. Service Type:
  - ☐ Adult Signature
  - ☐ Adult Signature Restricted Delivery
  - ☐ Certified Mail®
  - ☐ Certified Mail Restricted Delivery
  - ☐ Collect on Delivery
  - ☐ Collect on Delivery Restricted Delivery
  - ☐ Mail
  - ☐ Mail Restricted Delivery
  - ☐ Priority Mail Express®
  - ☐ Registered Mail™
  - ☐ Registered Mail Restricted Delivery
  - ☐ Signature Confirmation™
  - ☐ Signature Confirmation Restricted Delivery
- COMPLETE THIS SECTION ON DELIVERY
  - A. Signature: X [signature] ☐ Agent ☐ Addressee
  - B. Received by (Printed Name): R. Avery
  - C. Date of Delivery: 7/19/21
  - D. Is delivery address different from item 1? ☐ Yes ☐ No
- PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Certified Mail Receipt #2** (7020 1810 0001 0836 7110)

- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Atlanta, GA 30329 — OFFICIAL USE
- Certified Mail Fee: $3.60
- $2.85  0864 6
- Extra Services & Fees:
  - ☐ Return Receipt (hardcopy) $0.00
  - ☐ Return Receipt (electronic) $0.00
  - ☐ Certified Mail Restricted Delivery $0.00
  - ☐ Adult Signature Required $0.00
  - ☐ Adult Signature Restricted Delivery $0.00
- Postage: $5.95
- Total Postage and Fees: $12.40
- Postmark Here: 07/14/2021
- Sent To: Centers for Disease Control & Prevention
- Street and Apt. No., or PO Box No.: 1600 Clifton Rd.
- City, State, ZIP+4®: Atlanta, GA 30329
- PS Form 3800, April 2015 PSN 7530-02-000-9047

**Return Receipt (PS Form 3811) #2**

- SENDER: COMPLETE THIS SECTION
  - ■ Complete items 1, 2, and 3.
  - ■ Print your name and address on the reverse so that we can return the card to you.
  - ■ Attach this card to the back of the mailpiece, or on the front if space permits.
- 1. Article Addressed to:
  Centers for Disease
  Control and Prevention
  1600 Clifton Rd.
  Atlanta, GA 30329-4027
- 9590 9402 6540 1028 1566 28
- 2. Article Number (Transfer from service label):
  7020 1810 0001 0836 7110
- 3. Service Type:
  - ☐ Adult Signature
  - ☐ Adult Signature Restricted Delivery
  - ☐ Certified Mail®
  - ☐ Certified Mail Restricted Delivery
  - ☐ Collect on Delivery
  - ☐ Collect on Delivery Restricted Delivery
  - ☐ Mail
  - ☐ Mail Restricted Delivery
  - ☐ Priority Mail Express®
  - ☐ Registered Mail™
  - ☐ Registered Mail Restricted Delivery
  - ☐ Signature Confirmation™
  - ☐ Signature Confirmation Restricted Delivery
- COMPLETE THIS SECTION ON DELIVERY
  - A. Signature: X [signature] ☐ Agent ☐ Addressee
  - B. Received by (Printed Name): R. Avery
  - C. Date of Delivery: 7/19/21
  - D. Is delivery address different from item 1? ☐ Yes ☐ No
- PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**Receipt 1 (top left) — U.S. Postal Service Certified Mail Receipt**

Tracking: 7020 1810 0001 0836 7141

- Washington DC 20201 (OFFICIAL USE)
- Certified Mail Fee: $3.60
- $2.85  0864 6
- Extra Services & Fees:
  - ☐ Return Receipt (hardcopy) $0.00
  - ☐ Return Receipt (electronic) $0.00
  - ☐ Certified Mail Restricted Delivery $0.00
  - ☐ Adult Signature Required $0.00
  - ☐ Adult Signature Restricted Delivery $
- Postage: $5.95
- Total Postage and Fees: $12.40
- Postmark Here: 07/14/2021
- Sent To: U.S. Health & Human Services
- Street and Apt. No., or PO Box No.: 200 Independence Ave, SW
- City, State, ZIP+4: Washington, DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047

**Return Receipt 1 (top right) — PS Form 3811**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   U.S. Health and Human Services
   200 Independence Ave, SW
   Washington, DC 20201

9590 9402 6540 1028 1566 35

2. Article Number: 7020 1810 0001 0836 7141

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X Brigette Maggio — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Brigette Maggio
- C. Date of Delivery: 7/19/21
- D. Is delivery address different from item 1? ☐ Yes ☐ No — 7/19/21

3. Service Type / Priority Mail Express / Registered Mail / etc.

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

**Receipt 2 (bottom left) — U.S. Postal Service Certified Mail Receipt**

Tracking: 7020 1810 0001 0836 7158

- Washington DC 20201 (OFFICIAL USE)
- Certified Mail Fee: $3.60
- $2.85  0864 6
- Extra Services & Fees:
  - ☐ Return Receipt (hardcopy) $0.00
  - ☐ Return Receipt (electronic) $0.00
  - ☐ Certified Mail Restricted Delivery $0.00
  - ☐ Adult Signature Required $0.00
  - ☐ Adult Signature Restricted Delivery $
- Postage: $5.95
- Total Postage and Fees: $12.40
- Postmark Here: 07/14/2021
- Sent To: Xavier Becerra, Secretary
- Street and Apt. No., or PO Box No.: 200 Independence Ave, SW
- City, State, ZIP+4: Washington, DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047

**Return Receipt 2 (bottom right) — PS Form 3811**

1. Article Addressed to:
   Xavier Becerra
   Secretary, U.S. H.H.S.
   200 Independence Ave SW
   Washington, DC 20201

9590 9402 6540 1028 1565 74

2. Article Number: 7020 1810 0001 0836 7158

- A. Signature: X Brigette Maggio — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Brigette Maggio
- C. Date of Delivery: 7/19/21

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt



