# EX. B

United States Postal Service
Tracking History

United States of America c/o US. Attorney's Office



**Tracking Number:** 70201810000108366557

Your item was delivered to the front desk, reception area, or mail room at 9:34 am on July 16, 2021 in TAMPA, FL 33602.

## Status

### Delivered, Front Desk/Reception/Mail Room

July 16, 2021 at 9:34 am
TAMPA, FL 33602

**Get Updates**

**Delivered**

*Text & Email Updates*
*Tracking History*

**July 16, 2021, 9:34 am**
Delivered, Front Desk/Reception/Mail Room
TAMPA, FL 33602
Your item was delivered to the front desk, reception area, or mail room at 9:34 am on July 16, 2021 in TAMPA, FL 33602.

**July 16, 2021, 1:42 am**
Departed USPS Destination Facility
TAMPA, FL 33630

**July 15, 2021, 2:14 pm**
Arrived at USPS Destination Facility
TAMPA, FL 33630

**July 14, 2021, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**Ex. B - Pg. 001**

**July 13, 2021, 9:59 pm**
Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

**July 13, 2021, 5:23 pm**
Departed Post Office
SANDPOINT, ID 83864

**July 13, 2021, 3:13 pm**
USPS in possession of item
SANDPOINT, ID 83864

Rochelle Walensky



**Tracking Number:** 70201810000108367134

Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**Status**

## Delivered, Individual Picked Up at Postal Facility

July 19, 2021 at 9:58 am
ATLANTA, GA 30319

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**July 19, 2021, 9:58 am**
Delivered, Individual Picked Up at Postal Facility
ATLANTA, GA 30319
Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**July 19, 2021, 7:45 am**
Out for Delivery
ATLANTA, GA 30329

**July 19, 2021, 7:34 am**
Arrived at Post Office
ATLANTA, GA 30319

**July 18, 2021**
In Transit to Next Facility

**July 16, 2021, 11:17 am**
Arrived at USPS Regional Destination Facility
ATLANTA GA DISTRIBUTION CENTER

**July 15, 2021, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 10:49 pm**
Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 2:47 pm**
Departed Post Office
SANDPOINT, ID 83864

**July 14, 2021, 1:16 pm**
USPS in possession of item
SANDPOINT, ID 83864

Dr. Martin Cetron, MD



**Tracking Number:** 70201810000108367127

Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**Status**

## Delivered, Individual Picked Up at Postal Facility

July 19, 2021 at 9:58 am
ATLANTA, GA 30319

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**July 19, 2021, 9:58 am**
Delivered, Individual Picked Up at Postal Facility
ATLANTA, GA 30319
Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**July 17, 2021, 7:57 am**
Out for Delivery
ATLANTA, GA 30329

**July 17, 2021, 7:46 am**
Arrived at Post Office
ATLANTA, GA 30319

**July 16, 2021**
In Transit to Next Facility

**July 14, 2021, 2:47 pm**
Departed Post Office
SANDPOINT, ID 83864

---

**July 14, 2021, 1:16 pm**
USPS in possession of item
SANDPOINT, ID 83864

**Ex. B - Pg. 006**

Centers for Disease Control and Prevention



**Tracking Number:** 70201810000108367110

Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**Status**

## Delivered, Individual Picked Up at Postal Facility

July 19, 2021 at 9:58 am
ATLANTA, GA 30319

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**July 19, 2021, 9:58 am**
Delivered, Individual Picked Up at Postal Facility
ATLANTA, GA 30319
Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**July 17, 2021, 7:57 am**
Out for Delivery
ATLANTA, GA 30329

**July 17, 2021, 7:46 am**
Arrived at Post Office
ATLANTA, GA 30319

**July 16, 2021**
In Transit to Next Facility

Ex. B - Pg. 007

**July 14, 2021, 2:47 pm**
Departed Post Office
SANDPOINT, ID 83864

---

**July 14, 2021, 1:16 pm**
USPS in possession of item
SANDPOINT, ID 83864

**Ex. B - Pg. 008**

US Health and Human Services



**Tracking Number:** 70201810000108367141

Your item was delivered to the front desk, reception area, or mail room at 7:34 am on July 19, 2021 in WASHINGTON, DC 20201.

**Status**

**Delivered, Front Desk/Reception/Mail Room**

July 19, 2021 at 7:34 am
WASHINGTON, DC 20201

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**July 19, 2021, 7:34 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201
Your item was delivered to the front desk, reception area, or mail room at 7:34 am on July 19, 2021 in WASHINGTON, DC 20201.

**July 18, 2021, 10:02 am**
Available for Pickup
WASHINGTON, DC 20201

**July 18, 2021, 7:01 am**
Arrived at Hub
WASHINGTON, DC 20018

**July 17, 2021**
In Transit to Next Facility

Ex. B - Pg. 009

**July 15, 2021, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 10:49 pm**
Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 2:47 pm**
Departed Post Office
SANDPOINT, ID 83864

**July 14, 2021, 1:16 pm**
USPS in possession of item
SANDPOINT, ID 83864

Xavier Becerra



**Tracking Number:** 70201810000108367158

Your item was delivered to the front desk, reception area, or mail room at 7:34 am on July 19, 2021 in WASHINGTON, DC 20201.

**Status**

## Delivered, Front Desk/Reception/Mail Room

July 19, 2021 at 7:34 am
WASHINGTON, DC 20201

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**July 19, 2021, 7:34 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201
Your item was delivered to the front desk, reception area, or mail room at 7:34 am on July 19, 2021 in WASHINGTON, DC 20201.

**July 17, 2021, 10:20 am**
Available for Pickup
WASHINGTON, DC 20201

**July 17, 2021, 9:11 am**
Arrived at Post Office
WASHINGTON, DC 20018

**July 16, 2021**
In Transit to Next Facility

Ex. B - Pg. 011

**July 15, 2021, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 11:26 pm**
Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 2:47 pm**
Departed Post Office
SANDPOINT, ID 83864

**July 14, 2021, 1:16 pm**
USPS in possession of item
SANDPOINT, ID 83864

President Joseph R. Biden. Jr.



**Tracking Number:** 70201810000108367165

Your item was delivered at 3:56 am on July 23, 2021 in WASHINGTON, DC 20500.

**Status**

**Delivered**

July 23, 2021 at 3:56 am
WASHINGTON, DC 20500

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**July 23, 2021, 3:56 am**
Delivered
WASHINGTON, DC 20500
Your item was delivered at 3:56 am on July 23, 2021 in WASHINGTON, DC 20500.

Reminder to Schedule Redelivery of your item

**July 17, 2021, 10:31 am**
Available for Pickup
WASHINGTON, DC 20500

**July 17, 2021, 10:10 am**
Arrived at Post Office
WASHINGTON, DC 20018

**July 16, 2021**
In Transit to Next Facility

Ex. B - Pg. 013

**July 15, 2021, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 11:26 pm**
Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 2:47 pm**
Departed Post Office
SANDPOINT, ID 83864

**July 14, 2021, 1:16 pm**
USPS in possession of item
SANDPOINT, ID 83864

**Ex. B - Pg. 014**

US. Attorney General



**Tracking Number:** 70201810000108330206

Your item arrived at the WASHINGTON, DC 20530 post office at 9:34 am on July 25, 2021 and is ready for pickup.

## Status

## Available for Pickup

July 25, 2021 at 9:34 am
WASHINGTON, DC 20530

**Get Updates**

**Available for Pickup**

**Text & Email Updates**
**Tracking History**
**July 25, 2021, 9:34 am**
Available for Pickup
WASHINGTON, DC 20530
Your item arrived at the WASHINGTON, DC 20530 post office at 9:34 am on July 25, 2021 and is ready for pickup.

---

**July 25, 2021, 9:33 am**
Available for Pickup
WASHINGTON, DC 20530

---

**July 25, 2021, 6:40 am**
Arrived at Hub
WASHINGTON, DC 20018

---

**July 24, 2021, 2:24 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**Ex. B - Pg. 015**

**July 23, 2021**
In Transit to Next Facility

**July 22, 2021, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**July 21, 2021, 7:38 pm**
Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

**July 21, 2021, 2:40 pm**
Departed Post Office
SANDPOINT, ID 83864

**July 21, 2021, 8:38 am**
USPS in possession of item
SANDPOINT, ID 83864

Ex. B - Pg. 016