| | | |
|---|---|---|
| | **RETURN OF SERVICE** | Court Stamp Here |
| Court | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA | |
| Plaintiff | HEALTH FREEDOM DEFENSE FUND, INC., A WYOMING NOT-FOR-PROFIT CORPORATION, ET AL. | Case #<br>8:21-CV-01693-KKM-AEP |
| Defendant | JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, ET AL. | Hearing Date |
| Person to be Served | United States of America c/o United States Attorney's Office, Civil Process Clerk | Came to Hand Date/Time<br>7/15/2021    5:25 AM |
| Manner of Service | Corporate | Service Date/Time<br>7/15/2021    9:57 AM |
| Documents | SUMMONS;COMPLAINT;CIVIL COVER SHEET | Service Fee<br>$19.29 |

On **7/15/2021** at:
**400 N. St. Suite 3200, Tampa, FL 33602** I served **United States of America c/o United States Attorney's Office, Civil Process Clerk** by:

Leaving **1** copy(ies) of this process with **United States Attorney's Office, Civil Process Clerk**, a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Who accepted service with direct delivery, with identity confirmed by subject stating their name, a brown-haired black female approx. 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs. Accepted by Shelby Hill**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Carla Spears-Eckerson_ — Carla Spears-Eckerson

CPS - 98-792365
Process Server ID

07/15/2021
Date Executed

Ref  REF-8422966





The Davillier Law Group, LLC

Tracking # 0073215395



# RETURN OF SERVICE

Court Stamp Here

| | | |
|---|---|---|
| Court | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA | |
| Plaintiff | HEALTH FREEDOM DEFENSE FUND, INC., A WYOMING NOT-FOR-PROFIT CORPORATION, ET AL. | Case #<br>8:21-CV-01693-KKM-AEP |
| Defendant | JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, ET AL. | Hearing Date |
| Person to be Served | United States of America | Came to Hand Date/Time<br>7/15/2021    5:25 AM |
| Manner of Service | Corporate | Service Date/Time<br>7/15/2021    3:09 PM |
| Documents | SUMMONS;COMPLAINT;CIVIL COVER SHEET | Service Fee<br>$19.29 |

I, **Laurice Averill**, do hereby certify that pursuant to Federal Rules of Civil Procedure Rule 4 (i) (b), on **07/15/2021**, I mailed a copy of the **SUMMONS; COMPLAINT; CIVIL COVER SHEET** by certified mail return receipt requested to the Office of the Attorney General (for the United States of America), with a copy attached hereto as an Exhibit of said mailing.

**USPS Certified Mail Receipt No:**

Notary not required pursuant to F.S. 92.525(2).

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Signature
**ABC Legal Services, Inc.**
633 Yesler Way, Seattle, WA 98104
901-356-3630

Ref  REF-8422966

abclegal  The Davillier Law Group, LLC

Tracking # 0073188705


# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

## OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ 3.60 |
| **Extra Services & Fees** *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ 2.85 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 15.20 |
| Total Postage and Fees | $ 21.65 |

Postmark Here — USPS MIDWAY STATION, PORTLAND OR 97716, JUL 15 2021

Sent To: Office of the Atty General
Street: US Department of Justice
City: 950 Pennsylvania Ave NW
Washington, DC 20530

See Reverse for Instructions

