# EX. D

## United States Postal Service Confirmation & Certified Mail Receipt to the United States Attorney General

# RETURN OF SERVICE

Court Stamp Here

| | | |
|---|---|---|
| Court | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA | |
| Plaintiff | HEALTH FREEDOM DEFENSE FUND, INC., A WYOMING NOT-FOR-PROFIT CORPORATION, ET AL. | Case #<br>8:21-CV-01693-KKM-AEP |
| Defendant | JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, ET AL. | Hearing Date |
| Person to be Served | United States of America | Came to Hand Date/Time<br>7/15/2021   5:25 AM |
| Manner of Service | Corporate | Service Date/Time<br>7/15/2021   3:09 PM |
| Documents | SUMMONS;COMPLAINT;CIVIL COVER SHEET | Service Fee<br>$19.29 |

I, **Laurice Averill**, do hereby certify that pursuant to Federal Rules of Civil Procedure Rule 4 (i) (b), on **07/15/2021**, I mailed a copy of the **SUMMONS; COMPLAINT; CIVIL COVER SHEET** by certified mail return receipt requested to the Office of the Attorney General (for the United States of America), with a copy attached hereto as an Exhibit of said mailing.

**USPS Certified Mail Receipt No:**

Notary not required pursuant to F.S. 92.525(2).

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Signature
**ABC Legal Services, Inc.**
633 Yesler Way, Seattle, WA 98104
901-356-3630

Ref  REF-8422966

abclegal  The Davillier Law Group, LLC

Tracking # 0073188705



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

## OFFICIAL USE

| Certified Mail Fee | $ 3.60 |
|---|---|

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy) $ 2.85
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage: $ 15.20

Total Postage and Fees: $ 21.65

Postmark Here — USPS MIDWAY STATION, PORTLAND OR 97716, JUL 15 2021

Sent To: Office of the Atty General
Street: US Department of Justice
City: 950 Pennsylvania Ave NW
Washington, DC 20530

See Reverse for Instructions

