# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASE NO. 8:21-cv-1693-KKM-AEP

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation, ANA CAROLINA DAZA, and SARAH POPE, individuals,<br><br>      Plaintiffs,<br>vs.<br><br>JOSEPH R. BIDEN, JR., President of the United States; XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE CENTERS FOR DISEASE CONTROL; ROCHELLE P. WALENSKY, MD, MPH, Director of the Centers for Disease Control and Prevention, in her official capacity; and MARTIN S. CETRON, MD, Director, Division of Global Migration and Quarantine, Centers for Disease Control and Prevention, in his official capacity; The UNITED STATES OF AMERICA,<br><br>      Defendants. | NOTICE OF RELATED ACTION |

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), the undersigned certifies:

The *pro se* plaintiff in *Lucas Wall v. Centers for Disease Control & Prevention, et al*, Case No. 6:21-cv-975, pending in the Orlando Division, has advised the court in that case that the instant case is a related action [*see Wall* at DE 93]. The undersigned does not agree that the 1,085-paragraph, 205-page complaint in *Wall* presents a related

case, as it does not arise from the same nucleus of operative fact, does not involve the same plaintiffs, raises legal and constitutional issues that are not raised by Plaintiffs hereto, challenges actions by numerous defendants that are not parties hereto, and seeks sweeping injunctive relief that has not been demanded in the instant case. Nevertheless, in an abundance of caution, the undersigned advises the Court of that case due to overlapping legal and constitutional issues raised.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party in accordance with the below Certificate of Service, and in any event no later than fourteen days after appearance of the party.

Dated: July 28, 2021

Respectfully Submitted,

HADAWAY, PLLC
2425 Lincoln Ave.
Miami, FL 33133
Tel: (305) 389-0336

*/s/Brant C. Hadaway*
Brant C. Hadaway, B.C.S.
Florida Bar No. 494690
Email: bhadaway@davillierlawgroup.com


George R. Wentz, Jr.
*Admitted Pro Hac Vice*
Louisiana Bar No. 02180
The Davillier Law Group, LLC
935 Gravier Street, Suite 1702
New Orleans, Louisiana 70112
Email: gwentz@davillierlawgroup.com
Tel: (504) 582-6998

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system and furnished by US Mail to:

U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

U.S. Health and Human Services
General Counsel
200 Independence Avenue, S.W.
Washington, DC 20201

United States Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602

Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Xavier Becerra, Secretary
U.S. Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Rochelle Walensky, Director
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Martin Cetron, MD, Director
Division of Global Migration and Quarantine
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Joseph R. Biden, Jr., President of the United States
The White House
1600 Pennsylvania Ave., NW
Washington, DC 20500

  */s/ Brant C. Hadaway*
   Brant C. Hadaway, B.C.S.