UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:21-cv-1693-KKM-AEP

HEALTH FREEDOM DEFENSE FUND, INC., a Wyoming Not-for-Profit Corporation, ANA CAROLINA DAZA, and SARAH POPE, individuals,

    Plaintiffs,

vs.

JOSEPH R. BIDEN, JR., President of the United States; XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE CENTERS FOR DISEASE CONTROL; ROCHELLE P. WALENSKY, MD, MPH, Director of the Centers for Disease Control and Prevention, in her official capacity; and MARTIN S. CETRON, MD, Director, Division of Global Migration and Quarantine, Centers for Disease Control and Prevention, in his official capacity; The UNITED STATES OF AMERICA,

    Defendants.

**DECLARATION OF SUMMONSES RETURNED EXECUTED**

I, BRANT C. HADAWAY, hereby declare as follows:

1. I am counsel of record for Plaintiffs.

2. Acting on my instructions, pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure, a paralegal for The Davillier Law Group, LLC caused each Summons, together with the Complaint and Civil Cover Sheet, to be served upon:

    a. The United States, via service of process on the U.S. Attorney for

the Middle District of Florida, Tampa Division, on July 15, 2021. [DE 11].

b. The Attorney General of the United States, 950 Pennsylvania Avenue, N.W., Room 1111, Washington, DC, 20530, via return receipt U.S. mail.  According to the receipt and tracking information, that package was received on July 26, 2021.  *See* Receipt and tracking information attached hereto as Exhibit A.

c. Defendant XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity, at 200 Independence Avenue, S.W., Washington, DC 20201, via return receipt U.S. mail, which was received on July 19, 2021.  *See* return receipt, attached hereto as Exhibit B.

d. Defendant THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, at 200 Independence Avenue, S.W., Washington, DC 20201, via return receipt U.S. mail, which was received on July 19, 2021.  *See* return receipt, attached as Exhibit C.

e. Defendant THE CENTERS FOR DISEASE CONTROL and PREVENTION, at 1600 Clifton Road, Atlanta, GA, 30329, via return receipt U.S. mail, which was received on July 19, 2021.  *See* return receipt, attached as Exhibit D.

    f. Defendant ROCHELLE P. WALENSKY, MD, MPH, Director of the Centers for Disease Control and Prevention, in her official capacity, at 1600 Clifton Road, Atlanta, GA, 30329, via return receipt U.S. mail, which was received on July 19, 2021.  *See* return receipt, attached hereto as Exhibit E.

    g. Defendant MARTIN S. CETRON, MD, Director, Division of Global Migration and Quarantine, Centers for Disease Control and Prevention, in his official capacity, at 1600 Clifton Road, Atlanta, GA, 30329, via return receipt U.S. mail, which was received on July 19, 2021.  *See* return receipt, attached as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 2, 2021, in Miami, Florida.

                                  */s/ Brant C. Hadaway*
                                  Brant C. Hadaway, B.C.S.

                                  HADAWAY, PLLC
                                  2425 Lincoln Ave.
                                  Miami, FL 33133
                                  Tel: (305) 389-0336
                                  Florida Bar No. 494690
                                  Email: bhadaway@davillierlawgroup.com

                                  George R. Wentz, Jr., *Pro Hac Vice*
                                  Louisiana Bar No. 02180
                                  The Davillier Law Group, LLC
                                  935 Gravier Street, Suite 1702
                                  New Orleans, Louisiana 70112

                Email: gwentz@davillierlawgroup.com
                Tel: (504) 582-6998

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system and furnished by US Mail to:

U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

U.S. Health and Human Services
General Counsel
200 Independence Avenue, S.W.
Washington, DC 20201

United States Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602

Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Xavier Becerra, Secretary
U.S. Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Rochelle Walensky, Director
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Martin Cetron, MD, Director
Division of Global Migration and Quarantine
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Joseph R. Biden, Jr., President of the United States
The White House
1600 Pennsylvania Ave., NW
Washington, DC 20500

*/s/ Brant C. Hadaway*
  Brant C. Hadaway, B.C.S.