US. Attorney General



**Tracking Number:** 70201810000108330206

Your item arrived at the WASHINGTON, DC 20530 post office at 9:34 am on July 25, 2021 and is ready for pickup.

**Status**

## Available for Pickup

July 25, 2021 at 9:34 am
WASHINGTON, DC 20530

**Get Updates**

**Available for Pickup**

**Text & Email Updates**
**Tracking History**

**July 25, 2021, 9:34 am**
Available for Pickup
WASHINGTON, DC 20530
Your item arrived at the WASHINGTON, DC 20530 post office at 9:34 am on July 25, 2021 and is ready for pickup.

---

**July 25, 2021, 9:33 am**
Available for Pickup
WASHINGTON, DC 20530

---

**July 25, 2021, 6:40 am**
Arrived at Hub
WASHINGTON, DC 20018

---

**July 24, 2021, 2:24 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 23, 2021**
In Transit to Next Facility

**July 22, 2021, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**July 21, 2021, 7:38 pm**
Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

**July 21, 2021, 2:40 pm**
Departed Post Office
SANDPOINT, ID 83864

**July 21, 2021, 8:38 am**
USPS in possession of item
SANDPOINT, ID 83864



7020 1810 0001 0833 0206

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530

OFFICIAL USE

Certified Mail Fee $3.60

Extra Services & Fees (check box, add fee as appropriate) $2.85
- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $ $0.00
- Adult Signature Restricted Delivery $ $0.00

Postage $ $8.25

Total Postage and Fees $ $14.70

SANDPOINT ID 83864 — JUL 21 2021 — USPS — Postmark Here — 07/21/2021

Sent To: U.S. Attorney General

Street and Apt. No., or PO Box No.: U.S. Dept of Justice, 950 Pennsylvania Ave

City, State, ZIP+4®: WASHINGTON, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
U.S. Dept of Justice
Justice Management Dir.
950 Pennsylvania Ave, NW
Room 1111 Washington DC, 20530

9590 9402 6540 1028 1560 31

2. Article Number (Transfer from service label)

7020 1810 0001 0833 0206

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 2 6 2021

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt