Xavier Becerra



**Tracking Number:** 70201810000108367158

Your item was delivered to the front desk, reception area, or mail room at 7:34 am on July 19, 2021 in WASHINGTON, DC 20201.

## Status

### Delivered, Front Desk/Reception/Mail Room

July 19, 2021 at 7:34 am
WASHINGTON, DC 20201

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**July 19, 2021, 7:34 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201
Your item was delivered to the front desk, reception area, or mail room at 7:34 am on July 19, 2021 in WASHINGTON, DC 20201.

**July 17, 2021, 10:20 am**
Available for Pickup
WASHINGTON, DC 20201

**July 17, 2021, 9:11 am**
Arrived at Post Office
WASHINGTON, DC 20018

**July 16, 2021**
In Transit to Next Facility

Ex. C - Pg.001

**July 15, 2021, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 11:26 pm**
Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 2:47 pm**
Departed Post Office
SANDPOINT, ID 83864

**July 14, 2021, 1:16 pm**
USPS in possession of item
SANDPOINT, ID 83864


