Rochelle Walensky



**Tracking Number:** 70201810000108367134

Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**Status**

## Delivered, Individual Picked Up at Postal Facility

July 19, 2021 at 9:58 am
ATLANTA, GA 30319

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**

**July 19, 2021, 9:58 am**
Delivered, Individual Picked Up at Postal Facility
ATLANTA, GA 30319
Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**July 19, 2021, 7:45 am**
Out for Delivery
ATLANTA, GA 30329

**July 19, 2021, 7:34 am**
Arrived at Post Office
ATLANTA, GA 30319

**July 18, 2021**
In Transit to Next Facility

Ex. F - Pg.001

**July 16, 2021, 11:17 am**
Arrived at USPS Regional Destination Facility
ATLANTA GA DISTRIBUTION CENTER

**July 15, 2021, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 10:49 pm**
Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

**July 14, 2021, 2:47 pm**
Departed Post Office
SANDPOINT, ID 83864

**July 14, 2021, 1:16 pm**
USPS in possession of item
SANDPOINT, ID 83864

