Dr. Martin Cetron, MD



**Tracking Number:** 70201810000108367127

Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**Status**

## Delivered, Individual Picked Up at Postal Facility

July 19, 2021 at 9:58 am
ATLANTA, GA 30319

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**July 19, 2021, 9:58 am**
Delivered, Individual Picked Up at Postal Facility
ATLANTA, GA 30319
Your item was picked up at a postal facility at 9:58 am on July 19, 2021 in ATLANTA, GA 30319.

**July 17, 2021, 7:57 am**
Out for Delivery
ATLANTA, GA 30329

**July 17, 2021, 7:46 am**
Arrived at Post Office
ATLANTA, GA 30319

**July 16, 2021**
In Transit to Next Facility

**July 14, 2021, 2:47 pm**
Departed Post Office
SANDPOINT, ID 83864

---

**July 14, 2021, 1:16 pm**
USPS in possession of item
SANDPOINT, ID 83864


