UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH FREEDOM DEFENSE FUND, INC., *et al.*,

    Plaintiffs,

v.

JOSEPH R. BIDEN, JR., in his official capacity as the President of the United States, *et al.*,

    Defendants.

Case No. 8:21-cv-1693-KKM-AEP

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- According to Plaintiffs, "Plaintiff Health Freedom Defense Fund, Inc. is a not-for-profit public benefit corporation that has no shareholders, parents, subsidiaries, or affiliates. It is a member organization that is managed by a board of directors. The board of directors is chaired by Leslie Manookian, an individual citizen of the State of Idaho." Pls.' Certificate of Interested Persons and Corporate Disclosure Statement, ECF No. 9.

- According to Plaintiffs, Plaintiffs' counsel are "Brant C. Hadaway of Hadaway, PLLC, a Florida professional limited liability company," and "George R. Wentz, Jr. of The Davillier Law Group, LLC, a Louisiana limited liability company." *Id.*

- Daza, Ana Carolina, Plaintiff.

- Pope, Sarah, Plaintiff.

- Boynton, Bryan M., Acting Assistant Attorney General, Civil Division, United States Department of Justice.

- Hoppmann, Karin, Acting United States Attorney, United States Attorney's Office for the Middle District of Florida.

- Beckenhauer, Eric B., Assistant Director, Federal Programs Branch, United States Department of Justice.

- Pezzi, Stephen M., Trial Attorney, Federal Programs Branch, United States Department of Justice.

- Joseph R. Biden, Jr., in his official capacity as President of the United States of America, Defendant.

- Xavier Becerra, in his official capacity as Secretary of Health and Human services, Defendant.

- Centers for Disease Control and Prevention, Defendant.

- Department of Health and Human Services, Defendant.

- Rochelle P. Walensky, M.D., M.P.H., in her official capacity as Director of the Centers for Disease Control and Prevention, Defendant.

- Martin S. Cetron, M.D., in his official capacity as Director, Division of Global Migration and Quarantine, Centers for Disease Control and Prevention, Defendant.

- The United States of America, Defendant.

- Maison, Faye, General Attorney, HHS Office of the General Counsel, Public Health Division, Centers for Disease Control and Prevention Branch.

- Hodges, Katrina L., Litigation Attorney, HHS Office of the General Counsel, National Complex Litigation & Investigations Division.

- Foster, Joseph A., Attorney, HHS Office of the General Counsel, Centers for Disease Control and Prevention.

- Lisiecki, Lucy C., Attorney, HHS Office of the General Counsel.

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings

None known.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Other than the named Plaintiffs, none.

\*   \*   \*

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: September 17, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

KARIN HOPPMANN
Acting United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By: */s/ Stephen M. Pezzi*
    STEPHEN M. PEZZI
    Trial Attorney
    United States Department of Justice
    Civil Division
    Federal Programs Branch
    1100 L Street NW
    Washington, DC 20005
    Telephone: 202-305-8576
    Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*