HEALTH FREEDOM DEFENSE
FUND, INC., ANA CAROLINA
DAZA, and SARAH POPE,

      Plaintiffs,

v.                                      Case No: 8:21-cv-1693-KKM-AEP

JOSEPH R. BIDEN, Jr., in his official
capacity as President of the United States,
XAVIER BECERRA, in his official capacity
as Secretary of Health and Human Services,
THE DEPARTMENT OF HEALTH AND
HUMAN SERVICES, THE CENTERS FOR
DISEASE CONTROL AND PREVENTION,
ROCHELLE P. WALENSKY, in her official
capacity as Director of the CDC, MARTIN S.
CETRON, in his official capacity as Director of
the CDC's Division of Global Migration and
Quarantine, and THE UNITED STATES OF
AMERICA,

      Defendants.

_____

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

      Upon review of the parties' Joint Motion to Amend, (Doc. 36), and the prior scheduling order, (Doc. 28), the Court enters this Amended Case Management and Scheduling Order, tailored to an action reviewing an administrative record. The provisions of this order will be strictly enforced. Accordingly, it is **ORDERED**:

    1.    Parties are directed to meet the deadlines below:

| | |
|---|---|
| Plaintiffs' Deadline to File an Amended Complaint | December 17, 2021 |
| Defendants Deadline to File an Answer | January 6, 2022 |

| Defendants' Deadline to File for Summary Judgment | January 18, 2022 |
|---|---|
| Plaintiffs' Deadline to File Response and Cross-motion for Summary Judgment | February 17, 2022 |
| Defendants' Deadline to File Combined Opposition and Reply | March 16, 2022 |
| Plaintiffs' Deadline to File Reply | March 31, 2022 |
| Oral Argument | May 13, 2022 |

2. Parties will please note that motions to amend any pleading or a motion for continuance of any briefing deadline after issuance of this Case Management and Scheduling Order (other than as specified in footnote one) **are disfavored**. *See* Fed. R. Civ. P. 16(b)(4); Local Rule 3.08(a).

3. **SUMMARY JUDGMENT PROCEDURES**: In accord with the parties' Joint Scheduling Proposal, (Doc. 27), and the Joint Motion to Amend, (Doc. 36), the parties shall abide by the following procedures:

   (a) Defendants must file their motion for summary judgment on or before **January 18, 2022**. It must be presented in a single motion and incorporated memorandum of law which, absent prior permission of the Court, shall **not exceed forty pages** total.

   (b) Plaintiffs shall file a response in opposition to Defendants' motion for summary judgment and—if so desired—a cross-motion for summary judgment on or before **February 17, 2022**. Plaintiffs' filing should be presented in a single document, which may not exceed **forty-five pages** total.

   (c) Defendants shall file a combined opposition and reply by **March 16, 2022**, which shall not exceed **twenty pages** total.

   (d) Plaintiffs shall file a reply by **March 31, 2022**, which shall not exceed **fifteen pages** total.

   (e) Multiple motions for summary judgment will not be permitted.

   (f) Any record citations should be to page and line of the filed materials.

(g)    Failure to respond to a motion for summary judgment shall be deemed that the non-moving party does not oppose the motion and may result in final judgment being entered without a trial or other proceeding.

(h)    Oral argument is scheduled for **May 13, 2022.** If the Court concludes after briefing is complete that oral argument is unnecessary, it will cancel the hearing.

(i)    A violation of any of these directives will result in the Court *sua sponte* striking a party's motion for summary judgment without notice.

4.    **SETTLEMENTS:** Counsel shall **immediately** notify Chambers or the Courtroom Deputy Clerk if their case has settled. *See* Local Rule 3.09. Notices of settlement must be in writing.

**ORDERED** in Tampa, Florida, on December 13, 2021.

Kathryn Kimball Mizelle
United States District Judge