UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC.; ANA CAROLINA DAZA; and SARAH POPE,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE CENTERS FOR DISEASE CONTROL AND PREVENTION; ROCHELLE P. WALENSKY, MD, MPH, in her official capacity as Director of the CDC; MARTIN S. CETRON, MD, in his official capacity as Director of the CDC's Division of Global Migration and Quarantine; and THE UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 8:21-cv-1693-KKM-AEP |

# EXHIBIT 3

**Funk & Wagnalls New Standard Dictionary of the English Language (1946)**

FUNK & WAGNALLS

# New Standard Dictionary

[Reg. U.S. Pat. Off.]

OF THE

# English Language

UPON ORIGINAL PLANS

DESIGNED TO GIVE, IN COMPLETE AND ACCURATE STATEMENT, IN THE LIGHT OF THE MOST RECENT ADVANCES IN KNOWLEDGE, IN THE READIEST FORM FOR POPULAR USE, THE ORTHOGRAPHY, PRONUNCIATION, MEANING, AND ETYMOLOGY OF ALL THE WORDS, AND THE MEANING OF IDIOMATIC PHRASES, IN THE SPEECH AND LITERATURE OF THE ENGLISH-SPEAKING PEOPLES, TOGETHER WITH PROPER NAMES OF ALL KINDS, THE WHOLE ARRANGED IN ONE ALPHABETICAL ORDER

PREPARED BY

[M]ORE THAN THREE HUNDRED AND EIGHTY SPECIALISTS AND OTHER SCHOLARS

UNDER THE SUPERVISION OF

ISAAC K. FUNK, D.D., LL.D., Editor-in-Chief

[T]HOMAS, LL.D., Consulting Editor     FRANK H. VIZETELLY, Litt.D., LL.D., Managing Editor

THIS EDITION SUPERVISED BY

CHARLES EARLE FUNK, Litt.D.

COMPLETE IN ONE VOLUME

Funk & Wagnalls Company

New York and London

1946

Copyright, 1945,
BY
FUNK & WAGNALLS COMPANY

Original Edition Copyright, 1913
Revised Editions, Copyright, 1919, 1920, 1923, 1925, 1927, 1929, 1932, 1935, 1937, 1938, 1940, 1941, and 1942

BY

FUNK & WAGNALLS COMPANY

Copyright under the Articles of the Copyright Convention
of the Pan-American Republics and the United States

*ALL RIGHTS RESERVED*

sanguine  
sap

KEY 1: artistic, ärt; fat, fāre; fast; get, prēy; hit, police; obey, gō; not, ôr; full, rūle; but, bŭrn; ə = final; ɪ = habit, renew;  
KEY 2: ärt, āpe, făt, fāre, făst, what, all; mē, gĕt, prĕy, fẽrn; hit, ice; ī = ē; ī = ē; gō, nŏt, ôr, wŏn, wọlf, dọ,

2172

It is natural for them [the Americans] to believe in their star. And this *sanguine* temper makes them tolerant of evils which they regard as transitory, removable as soon as time can be found to root them up.
BRYCE *Am. Commonwealth* vol. ii, p. 287. [MACM. '11.]

**2.** Having the color of blood; red. Specif.: (1) Ruddy; as, a *sanguine* complexion. (2) *Bot.* Of a dull red, verging on dark brown. (3) *Her.* Murrey-colored. **3.** Composed of blood; as, the *sanguine* stream of life. **4.** Abounding with blood; of full habit; plethoric. **5.** *Phren.* Noting a temperament where the heart and lungs are large, chest broad, abdomen moderate, face full, complexion bright, eyes blue, circulation active, and the spirit enthusiastic. **6.** [Rare.] Bloodthirsty; sanguinary. [< F. *sanguin*, < L. *sanguineus*, < *sanguis* (*sanguin-*), blood.] **san′gwṉt**.

*Syn.*: animated, ardent, buoyant, confident, enthusiastic, hopeful. *Sanguine*, from the same root as *sanguinary* (Latin *sanguis*, blood), came to denote full-blooded or plethoric, and so *ardent*, *confident*, *hopeful* — qualities which were supposed to be associated with fulness of blood. For the rare use of *sanguine* in direct literal sense, see synonyms for SANGUINARY.—**san′guine-ly**, *adv.* [Rare.] Bloodless; pallid.—**san′guine-ly**, *adv.* In a sanguine manner; hopefully; enthusiastically.—**san′guine-ness**, *n.* The quality, character, or condition of being sanguine.

**san′guine**, *n.* **1.** Blood-color; deep red. Specif.: (1) *Art.* A deep blood-red obtained from iron oxid. (2) *Her.* Murrey. **2.** *Art.* A crayon colored with iron oxid, or a drawing executed with such crayon. **3†.** Red hematite or bloodstone, with which swords, armor, etc., were formerly stained red.

**san-guin′e-ous**, 1 saŋ-gwin′i-us; 2 săŋ-gwin′e-ŭs, *a.* **1.** Of, pertaining to, consisting of, or forming blood; also, having circulatory organs; as, *sanguineous* animals. **2.** Full-blooded; having the sanguine temperament.

*Courage . . . is witnessed in the pale and fragile, more than in the strong and sanguineous, or the bulky and hairy savage.*
CHARLES BELL *Anat. of Expression* essay vi, p. 133. [BELL 1883.]

**3.** Sanguine in disposition. **4.** Of the color of blood. [< L. *sanguineus*; see SANGUINE, *a.*]

**san′gui-ni-**, 1 saŋ′gwi-ni-; 2 săŋ′gwi-nĭ-. See SANGUI-; combining form.—**san′gui-ne′o-lous**, *a.* Same as SANGUICOLOUS.—**san″gui-nif′er-ence**, *n.* [Rare.] Conveyance of blood; circulation.—**san″gui-nif′er-ous**, *a.* Same as SANGUIFEROUS; see SANGUI- + FEROUS.—**san′gui-ni-fi-ca′tion**, *n.* Sanguification.

**san-guin′o-lent**, 1 saŋ-gwin′o-lent; 2 săŋ-gwin′o-lĕnt, *a.* Tinged or mixed with blood; bloody. [< L. *sanguinolentus*, < *sanguis*, blood.]—**san-guin′o-lence**, **-len-cy**, *n.*

**San″gui-sor′ba**, 1 saŋ″gwi-sôr′ba; 2 săŋ″gwi-sôr′bȧ, *n.* *Bot.* A genus of rosaceous chiefly perennial herbs with unequally pinnate leaves and small apetalous flowers disposed in crowded spikes or heads. The achene is enclosed in the 4-angled dry calyx-tube. *S. sanguisorba* is the garden burnet. [< SANGUI- + L. *sorbeo*, absorb.]

**san″gui-suc′tion**, 1 saŋ″gwi-suk′shen; 2 săŋ″gwi-sŭc′shon, *n.* The act of blood-sucking, as by leeches.

**san′gui-suge**, 1 saŋ′gwi-sij; 2 săŋ′gwi-sŭg, *n.* A leech; sangsue. [< L. *sanguisuga*, < *sanguis*, blood, + *sugo*, suck.]—**san″gui-su′gent**, *a.* **1.** Of or pertaining to a sanguisuge; blood-sucking. **san″gui-su′gous**; [Rare]. **2.** Sanguivorous.

**san-guiv′o-rous**, 1 saŋ-gwiv′o-rus; 2 săŋ-gwiv′o-rŭs, *a.* Subsisting on blood. [< SANGUI- + L. *voro*, devour.] **san″gui-niv′o-rous†**.

**San′he-drin,** } 1 san′hi-drin, -drim; 2 săn′he-drĭn,
**San″he-drim,** } -drĭm, *n.* **1.** A Jewish council and tribunal, especially the supreme council of the Jewish nation, in existence from an uncertain date after the exile-until A. D. 425, originating in the municipal council of Jerusalem, which gradually increased its functions. This supreme council, called also Great Sanhedrin, was composed of 71 priests, scribes, and elders of the people, and under the Romans was presided over by the high priest. It had not the power of inflicting death. The lesser sanhedrins, or provincial courts, of which there was one in each large town, were each composed of 23 members appointed by the Great Sanhedrin sitting in Jerusalem.

The Jewish tradition which regards the *sanhedrium* as entirely composed of rabbins sitting under the presidency and vice-presidency of a pair of chief doctors, the *nāsī* and *āb beth din*, is inconsistent with the evidence of Josephus and the New Testament.
*Encyc. Brit.* 11th ed., vol. xxvi, p. 29⁵.

**2.** Figuratively, any council or assembly. [< Heb. *sanhedrin*, < Gr. *synedrion*, < *syn*, with, + *hedra*, seat, < *hezomat*, sit.]—**San″he-drin′ic**, *a.*—**San′he-drist**, *n.* A member of the Sanhedrin.

**San′hi-ta**, 1 sun′hi-ta; 2 sŭn′hī-tȧ, *n.* [Hind.] The portion of the Veda that comprises the hymns. See VEDA.

In the Rig-veda we must distinguish again between the original collection of the hymns or Mantras, called the '*Sanhitā*' or the collection, being entirely metrical and poetical, and a number of prose works, called ' *Brāhmaṇas* ' and ' *Sūtras*.'
MAX MÜLLER *Chips* vol. i, p. 10. [s. 1874.]

**san′i-cle**, 1 san′i-kl; 2 săn′i-kl, *n.* **1.** Any one of various smooth perennial herbs constituting the genus *Sanicula*, of the parsley family (*Apiaceæ*); especially, in the United States, *S. marilandica*, called also *black snakeroot*, and in the Old World *S. europæa*, the wood-sanicle, both reputed to have medicinal roots. They grow 2 or 3 feet high in thickets and woods and have a few palmately lobed or divided stem-leaves, and long-stalked radical leaves, with small white or yellowish flowers in capitate umbels. **2.** Any one of various plants of some other genus or family. For examples, see phrases. [< L. *sanicula*, in form dim. of L. *sanus*, healthy.]—**Alpine sanicle**, or **bear′s-ear s.**, a cultivated ornamental perennial (*Cortusa matthioli*) of the primrose family, from the Swiss Alps, with long-petioled radical leaves and drooping funnel-shaped or bell-shaped flowers in umbels.—**American s.**, alum-root (*Heuchera americana*).—**black s.**, the rootstock of a European herb (*Astrantia major*).—**Indian s., white s.**, same as WHITE SNAKEROOT.

**Sa-nic′u-la**, 1 sa-nik′yu-la; 2 sȧ-nĭc′yu-lȧ, *n.* *Bot.* A genus of North-American herbaceous perennials of the family *Apiaceæ*, with alternate, palmate leaves and inconspicuous white, purple, or yellow flowers in umbels. The fruits are small, globose, and covered with recurved bristles. [LL.; see SANICLE.]

**san′i-das″ter**, 1 san′i-das″ter; 2 săn′i-dăs″tēr, *n.* *Spong.* A short rod-like spicule with scattered cylindrical spines. [< Gr. *sanis* (*sanid-*), tablet, + *astēr*, star.]

**san′i-din**(e³), 1 san′i-din; 2 săn′i-dĭn, *n.* *Mineral.* A variety of orthoclase, usually rich in soda, in tabular, transparent, and glassy crystals, found in trachyte, phonolite, etc.—**san′i-dine-tra″chyte**, *n.* *Petrol.* A variety of trachyte in which the ground-mass consists chiefly of sanidine.—**san″i-di′nite**, *a.*—**san′i-dine-ite**, *n.* *Petrol.* A trachytic rock composed almost exclusively of sanidine.—**san″i-din′o-phyr′ic**, *a.* *Petrol.* Containing distinct crystals of sanidine. **san″i-do′des**, 1 san′i-dō′dis; 2 săn′i-dō′dēs, *n.* *Med.* One whose chest is flat like a board. [< Gr. *sanidōdēs*, flat, < *sanis*, plank, + *eidos*, form.]

**sa′ni-es**, 1 sē′ni-iz; 2 sā′nĭ-ēş, *n.* [L.] *Pathol.* A serous greenish fluid of offensive smell, presenting the appearance of pus tinged with blood, discharged from ulcers.—**gangrenous sanies**, sanies resulting from death of tissue.—**sa′nious**, *a.* Of the nature or appearance of sanies, or productive of it; ichorous.

**san′i-fy**, 1 san′i-fai; 2 săn′ĭ-fỹ, *vt.* [-FIED; -FY′ING.] [Rare.] To make healthful or sanitary. [< L. *sanus*, whole, + -FY.]—**san″i-fi-ca′tion**, *n.*

**San′i-lac**, 1 san′i-lak; 2 săn′i-lăc, *n.* A county in S. E. Michigan; 960 sq. mi.; county-seat, Sanilac Center.

**sa″ni-o-pu′ru-lent**, 1 sē″ni-o-piü′ru-lent; 2 sā′nĭ-o-pū′ru-lĕnt, *a. Pathol.* Having the characteristics of both sanies and pus.

**san″i-ta′ri-an**, 1 san″i-tē′ri-an; 2 săn′i-tā′rĭ-an, *a.* Of or pertaining to hygienic laws; relating to the public health.

**san″i-ta′ri-an**, *n.* A student of sanitary laws; a promoter or advocate of sanitary reform. **san″i-ta-rist‡**.—**san″i-ta′ri-an-ism**, *n.*

**san″i-ta′ri-ly**, 1 san″i-tē-ri-li; 2 săn′i-tā-rĭ-ly, *adv.* With reference to hygiene or sanitation.

**san″i-ta′ri-um**, 1 san″i-tē′ri-um; 2 săn′i-tā′rĭ-ŭm, *n.* [-UMS or -A, *pl.*] A sanatorium: sometimes restricted to a place where the hygienic conditions are prophylactic or preservative of health, as distinguished from one where therapeutic agencies are employed. [< L. *sanitas*; see SANITY.] **san″i-to′ri-um‡** [Corrupt form].

**san″i-ta-ry**, 1 san′i-tē-ri; 2 săn′i-tā-ry, *a.* **1.** Relating to the preservation of health, especially to hygiene and public health; concerned with sanitation; as, *sanitary* regulations; a *sanitary* engineer. **2.** Same as SANATORY.

In Sweden *sanitary* amulets are made of mistletoe-twigs, and the plant is supposed to be a specific against epilepsy and an antidote for poisons.
FISKE *Myths and Myth-Makers* p. 61. [o. & Co. 1873.]

[< L. *sanitas*; see SANITY.] **san′i-to-ry‡**.

*Syn.*: see HEALTHY.—**sanitary ware**, earthenware used in sewage apparatus.

**san′i-ta-ry**, *n.* [-RIES, 1 -riz; 2 -rīs, *pl.*] A public water-closet or urinal, especially one equipped with sanitary fixtures.

**san′i-tate**, 1 san′i-tēt; 2 săn′i-tāt, *vt.* [-TAT′ED; -TAT′ING.] [Rare.] To apply sanitary measures to; bring into a condition conducive to health. [C.] [< L. *sanita*(*t*-)*s*; see SANITY.] **san′i-tize‡**.

Arrangements Providing Sanitation for a Modern House.
The supply of water enters from the street main by a pipe (*l*), under control of a stop-and-waste cock (*g*). *c*, *c*, cold-water pipes; *3*, boiler from which the water passes to the range (*h*), returning by a pipe (*5*), and flowing thence through the system of hot pipes (*h*, *h*); *6*, a sink; **7**, **7**, stationary wash-tubs; *8*, a bathtub; **9**, a washstand; *10*, water-closet seat, with an overhead flushing-box (*11*) operated by pulling the valve-cord (*l*). All of these receptacles discharge through waste-pipes (*w*, *w*) into the soil-pipe (*13*, *13*). Both the waste-pipes and the soil-pipe contain a trap or traps (*t*, *t*, *t*) for each connection, and are ventilated by the system of pipes in dotted lines (*12*), leading to the roof. The soil-pipe has an upper exit (*x*), a "clean-out" (*o*), and a running-trap (*r*) with a hand-hole (*s*), ventilated by a branch opening to the air outside the house through a grating (*g*); it discharges to the street sewer at *f*.



**san″i-ta′tion**, 1 san′i-tē′shen; 2 săn′i-tā′shon, *n.* The devising and applying of measures for preserving and promoting public health; the removal or neutralization of elements injurious to health; the practical application of sanitary science.—**san″i-ta′tion-ist**, *n.*

**san′i-tist**, 1 san′i-tist; 2 săn′i-tĭst, *n.* A sanitarian.

**san′i-ty**, 1 san′i-ti; 2 săn′i-ty, *n.* **1.** The state of being sane; especially, soundness of mind; perfect control of one's senses, reason, and will. See INSANITY. **2.** [Archaic.] Physical health. [< L. *sanitas*, < *sanus*, whole.]

**San Ja-cin′to**, 1 san ja-sin′to; 2 sän ja-ç̧īn′to. **1.** A river in E. central Texas flowing into Galveston Bay. **2.** A county in E. central Texas; 636 sq. mi.; county-seat, Cold Spring. **3.** A locality and former village in Harris county, Tex.; destroyed by a cyclone September, 1875. Here the Texans under Houston defeated the Mexicans under Santa Anna, Apr. 21, 1836, deciding the independence of Texas.

**san′jak**, 1 san′jak; 2 săn′jăk, *n.* [Turk.] Formerly, an administrative subdivision of a Turkish vilayet. It was subdivided into *kazas*, or cantons, and these into *nahiés*, or parish communes. The administrator was called the **sanjak-bey** or **beg**, or **mutessarif**. **san′jak-ate‡**.—**san′jak-ship, n.**

**San Joa-quin′**, 1 san wō-kīn′; 2 sän wä-kīn′. **1.** A river in central California; length, 350 m. from the Sierra Nevada mountains to the Sacramento river. **2.** A county in central California; 1,396 sq. mi.; county-seat, Stockton.

**San Jor′ge**, 1 sön hôr′hē; 2 sän hôr′he. **1.** A river in N. W. Colombia; length, 250 m. to the Cauca river. **2.** A city, 2 abôr′zhē. Same as SÃO JORGE. **3.** A gulf in S. Argentine Republic, off Chubut and Santa Cruz territories.

**San Jo-sé′**, 1 sön ho-sē′; 2 sän ho-sē′. **1.** An island in the Gulf of California; length, 20 m. **2.** A city, county-seat of Santa Clara county, Cal.; seat of the University of the Pacific (Methodist Episcopal), founded in 1851. **3.** One of the Pearl Islands in the Gulf, of Panama. **4.** A province of Costa Rica. **5.** A town, capital of Costa Rica, Central America. **6.** A department in Uruguay; 2,688 sq. m. **7.**

**San Ju-an′**, 1 sän hu-än′; 2 sän hu-än′. **1.** A mountain range in S. W. Colorado; highest peak, Mount Sneffels; 14,280 ft. **2.** A cape on S. Vancouver Island, British Columbia. **3.** A river in S. Bolivia; length, 300 m. to the Pilcomayo river. **4.** A river in Cauca department, Colombia; length, 150 m. to the Pacific ocean. **5.** A river in N. E. Mexico; length, 150 m. to the Rio Grande river. **6.** A river in S. Mexico; it flows into the Gulf of Campeche. **7.** A river in S. Nicaragua; length, 100 m. from Lake Nicaragua to the Caribbean sea; a link in the projected Nicaragua canal. **8.** A river in S. Colorado, N. New Mexico, and S. Utah; length, 350 m. to the Colorado river. **9.** A province in N. W. Argentine Republic. **10.** A county in S. W. Colorado; 438 sq. m.; county-seat, Silverton. **11.** A county in N. W. New Mexico; 5,742 sq. m.; county-seat, Aztec. **12.** A county in S. E. Utah; 8,025 sq. m.; county-seat, Monticello. **13.** An island county in N. W. Washington; 187 sq. m.; county-seat, Friday Harbor. **14.** A pueblo in Batangas province, Luzon, P. I. **15.** A city and municipality, N. Porto Rico. **16.** A hill near El Caney and Santiago, Cuba, captured by United States troops, July 1, 1898.

**San Ju-an′ Bau-tis′ta**, 1 bau-tis′ta; 2 bou-tĭs′tä. A city, capital of Tabasco state, Mexico.

**San Ju-an′ del Ri′o**, 1 del rī′o; 2 del rī′o. A town in Querétaro state, Mexico; known for its opals.

**sank**, 1 saŋk; 2 săŋk, *imp.* of SINK, *v.*

**San-ka′ra**, 1 san-kä′ra; 2 sän-kä′rȧ, *n.* A Brahman religious reformer (9th cent.), of the school of Vedanta philosophy.

**San′key**, 1 saŋ′ki; 2 săŋ′ky, *n.* **1.** Ira David ( $^{9/}_{28}$1840–$^{8/}_{18}$1908), an American hymn-writer and evangelist. **2.** John ( $^{18/}_{22}$1866– ), English jurist; Lord Chancellor, 1929–35.

**San′kha**, 1 suŋ′ka; 2 sŭŋ′kȧ, *n.* [E. Ind.] The chank-shell or an ornament made from it. See illus. at CHANK.

**San′khya**, 1 sun′kya; 2 sän′kyȧ, *n.* [Sans.] One of the six systems of philosophy of Kapila, fabled son of Brahma and incarnation of Vishnu.

**San-khya′ya-na Brāh′ma-na.** See BRAHMANA.

**sank′work″**, 1 saŋk′wūrk″; 2 săŋk′wŭrk″, *n.* [Slang.] The making of military uniforms.

**San Laz′za-ro**, 1 sän läd′za-rō; 2 sän läd′zä-rō. An island in Venice, Italy. It has an Armenian monastery.

**San Lo-ren′zo**, 1 sän lo-ren′so; 2 sän lo-rĕn′so. A municipality and city in Puerto Rico.

**San-lu′car de Bar′ra-me′da**, 1 sun-lū′kar dĕ bä′ra-mē′dȧ; 2 sän-lū′cär de bä′rȧ-mē′dȧ. A seaport in Cadiz province, S. E. Spain; starting-point of Columbus on his third voyage.

**San Lu′cas**, 1 sän lū′kas; 2 sän lū′cäs, **Cape**. A point in S. Lower California, Mexico.

**San Lu-is′**, 1 sän lū-is′; 2 sän lū-ĭs′. **1.** A province in central Argentine Republic, South America; 28,542 sq. m. **2.** Its capital. **3.** A district and city in Santiago province, Cuba.

**San Lu-is′ O-bis′po**, 1 o-bis′po; 2 o-bĭs′po. **1.** A county in S. W. California; 3,310 sq. m. **2.** A city, its county-seat. **3.** A township in the same county. [120 by 60 m.

**San Lu-is′ Park**. A valley in Colorado and New Mexico.

**San Lu-is′ Peak**. A mountain in Colorado; 14,100 ft. high.

**San Lu-is′ Po″to-sí′**, 1 pō′to-sí′; 2 pō′to-sí′. **1.** A state in central Mexico; 24,007 sq. m. **2.** Its capital, a railroad center; once noted for silver-mines.

**San Mar′cos**, 1 sän môr′kos; 2 sän mär′cōs. **1.** A department in W. Guatemala; capital, San Marcos. **2.** A town, county-seat of Hays county, Tex.

**San Ma-ri′no**, 1 sän mȧ-rī′no; 2 sän mä-rī′no. A republic and town in central Italy; 32 sq. m.; one of the most ancient and the smallest independent state in Europe.

**San Ma-te′o**, 1 san mȧ-tē′o; 2 sän mȧ-tē′o. **1.** A county in W. central California; 454 sq. m.; county-seat, Redwood. **2.** A city in San Mateo county, Cal.

**San Mi-che′li**, 1 sän mi-kē′li; 2 sän mi-cē′lī, **Michele** (1484–1559). An Italian architect.

**San Mi-guel′**, 1 sän mi-gel′; 2 sän mi-gēl′. **1.** Don Evariste ( $^{10/}_{4}$1785–$^{5/}_{23}$1862), a Spanish general; captain-general of Madrid. **2.** Saint Michael. **3.** A gulf in Panama Bay, Panama. **4.** An island of the Pearl Islands in the Gulf of Panama; former name, *Isla del Rey*. **5.** An active volcano in S. E. Salvador, Central America; 6,000 ft. high. **6.** An island near S. E. Albany province, Luzon. **7.** A county in S. W. Colorado; 1,310 sq. m.; county-seat, Telluride. **8.** A county in N. E. New Mexico; 4,833 sq. m.; county-seat, Las Vegas. **9.** A town in S. E. Salvador, Central America.

**San Mi-guel′ A-len′de**, 1 ȧ-len′dē; 2 ä-lĕn′de. A town in Guanajuato state, Mexico.

**San Mi-guel′ de Ma-yu′mo**, 1 dē mȧ-yū′mo; 2 de mä-yu′mo. A pueblo in Bulacan province, Luzon, P. I.

**San Mi′ni-a′to**, 1 sän mī′ni-ä′to; 2 sän mī′nī-ä′to. A cathedral town in Florence province, Italy.

**san′nah**, 1 sun′ȧ; 2 sŭn′ȧ, *n.* [E. Ind.] A variety of East-Indian muslin.

**san′nup**, 1 san′up; 2 săn′ŭp, *n.* [Am. Ind.] A married male Indian: correlative of *squaw*. **san′nop‡**.

**san′ny**, 1 san′i; 2 săn′y, *n.* [Scot.] The European sandpiper.

**san-nya′sa**, 1 sun-yä′sa; 2 sän-yä′sȧ, *n.* [Sans.] Withdrawal from the world; asceticism.—**san-nya′sī**, *n.* [Anglo-Ind.] A Hindu religious mendicant.

**San Pa′blo**, 1 sän pä′blo; 2 sän pä′blo. **1.** An inlet of N. San Francisco Bay, California. **2.** A pueblo in Laguna province, Luzon, P. I.

**san′pan**, *n.* Same as SAMPAN.

**San Pa-tri′ci-o**, 1 san pȧ-trī′sī-o; 2 sän pä-trī′çī-o. A county in S. Texas; 700 sq. m.; county-seat, Sinton.

**San Pe′dro**. **1.** 1 san pī′dro; 2 sän pē′dro. A bay in Los Angeles county, Cal. **2.** A city in Los Angeles county, Cal. **3.** 1 sän pē′dro; 2 sän pe′dro. A town in Paraguay. **4.** 1 san pē′dro; 2 sän pē′dro. A county in central Utah; 1,561 sq. m.; county-seat, Manti.

**San Pier′ d′ Are′na**. Same as SAMPIERDARENA.

**San Poo**. Same as SONGKA.

**san′que**, 1 saŋ′kē; 2 săŋ′ke, *n.* Same as NABRA.

**San Ra-fael′**, 1 san rȧ-fel′; 2 sän rȧ-fēl′. A township and town, county-seat of Marin county, Cal.

**San Re′mo**, 1 sän rē′mo; 2 sän rē′mo. A seaport in Porto Maurizio province, N. Italy; a winter resort.

**sans**, 1 sanz or (F.) säṅ; 2 săṅs or (F.) säñ, *prep.* Without; out: used in heraldry and in French phrases, and formerly (now archaically) as if it were an English word.

*Sans teeth, sans eyes, sans taste, sans everything.*
SHAKESPEARE *As You Like It* act ii, sc. 7.

[F., < L. *sine*, without, < si, if, + *ne*, not.] **sanse‡**.—**sans″ ap-pel′**, *a.* [Rare.] One not to be appealed from; **s. nombre** (*Her.*), covered with small charges, as a field.

**Sans., Sansc., Sansk., Skr., Skt.**, *abbr.* Sanskrit.

**san′sa**, 1 san′sa; 2 săn′sȧ, *n.* Same as ZANZE.

**San Sa′ba**, 1 sän sä′ba; 2 sän sä′bȧ. **1.** A river in central Texas; length, 150 m. to the Colorado. **2.** A county in central Texas; 1,152 sq. m.; county-seat, San Saba.

**San Sal′va-dor**, 1 sän säl′vȧ-dôr; 2 sän säl′vä-dôr or (*Sp.*) sän säl′vȧ-dôr or (*Sp.*) sän säl′vä-dôr. **1.** An island of the Bahama group named by Columbus, 1492; his landing-place. **2.** A city, capital of Salvador. **3.** A town of Angola, West Africa.

**san′sam**, 1 san′sam; 2 săn′săm, *n.* *Bot.* The large-rooted wild ginseng of eastern Asia. It is valued very highly by Chinese doctors. [< Korean *san sam*.]