UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC.; ANA CAROLINA DAZA; and SARAH POPE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE CENTERS FOR DISEASE CONTROL AND PREVENTION; ROCHELLE P. WALENSKY, MD, MPH, in her official capacity as Director of the CDC; MARTIN S. CETRON, MD, in his official capacity as Director of the CDC's Division of Global Migration and Quarantine; and THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 8:21-cv-1693-KKM-AEP |

**DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING
ORDER TO RESCHEDULE ORAL ARGUMENT DATE**

　　Defendants respectfully request that the oral argument in this matter—currently scheduled for May 13, 2022—be rescheduled for any of the dates listed below that is

convenient for the Court. As good cause for this request, which Plaintiffs do not oppose, Defendants offer the following:

1. Under the currently operative scheduling order in this case, ECF No. 38, the parties' cross-motions for summary judgment will be fully briefed as of March 31, 2022.

2. Oral argument is currently scheduled for May 13, 2022. *Id.*

3. Lead counsel for Defendants, Stephen M. Pezzi, has a conflict with the current date for oral argument: his wife is currently scheduled to give birth to their third child on May 11, 2022.

4. Counsel for all parties can be available for oral argument on any of the following dates: April 20, 21, 22, 25, 26, 27, 28, or 29.

5. Accordingly, Defendants respectfully request that the oral argument in this matter be rescheduled to any of the dates listed above that is convenient for the Court.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), on January 24, 2022, counsel for Defendants conferred with counsel for Plaintiffs by email. Plaintiffs reported that they do not oppose the relief requested in this motion.

Dated: January 26, 2022　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　ROGER B. HANDBERG
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　ERIC B. BECKENHAUER
　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　By: */s/ Stephen M. Pezzi*
　　　　　　　　　　　　　　　　　　STEPHEN M. PEZZI
　　　　　　　　　　　　　　　　　　ANDREW F. FREIDAH
　　　　　　　　　　　　　　　　　　  Trial Attorneys
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Telephone: 202-305-8576
　　　　　　　　　　　　　　　　　　Email: stephen.pezzi@usdoj.gov

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*