COMPOSITE EXHIBIT "A"



*Figure 1:* All US Cases through 2-15-22

Source: https://covid.cdc.gov/covid-data-tracker/#trends_dailycases

New cases of Covid-19, reported to CDC, in Region 1, Region 2, Region 3, Region 4, and Region 5



*Figure 2:* Cases per 100k, HHS Regions 1-5, Linear

*Source: https://covid.cdc.gov/covid-data-tracker/#compare-trends_newcases*

New cases of Covid-19, reported to CDC, in Region 1, Region 2, Region 3, Region 4, and Region 5



*Figure 3:* Cases per 100k, HHS Regions 1-5, Logarithmic

*Source: https://covid.cdc.gov/covid-data-tracker/#compare-trends_newcases*

New cases of Covid-19, reported to CDC, in Region 6, Region 7, Region 8, Region 9, and Region 10



*Figure 4: Cases per 100k, HHS Regions 6-10, Linear*

*Source: https://covid.cdc.gov/covid-data-tracker/#compare-trends_newcases*



*Figure 5: Cases per 100k, HHS Regions 6-10, Logarithmic*

*Source: https://covid.cdc.gov/covid-data-tracker/#compare-trends_newcases*