EXHIBIT "B"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO. 8:21-cv-1693-KKM-AEP

Health Freedom Defense Fund,
Inc., et al,

    *Plaintiffs*,

v.

Joseph R. Biden, Jr., et al,

    *Defendants*.

_____/

**DECLARATION OF PLAINTIFF ANA CAROLINA DAZA**

I, Ana Carolina Daza, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth herein.

2. I am a resident of Pinellas County, Florida.

3. I traditionally fly on a yearly basis to visit family and attend to my family property in Colombia.

4. However, because of both the international travel restrictions imposed during the COVID-19 pandemic, and the resulting flight cancellations, I was unable to fly to Colombia in 2020.

5. I did, however, make a trip in September 2021, after the filing of this matter.

6. I wore a mask on the flights to and from Colombia as required to do so, although I strongly objected to the requirement.

7. I have been diagnosed by my physician with anxiety, and my physician has provided me with a doctor's note excusing me from wearing masks, but the government does not recognize anxiety as a basis for an exemption.

8. The flight to Colombia from Florida is relatively short, but nevertheless I experienced shortness of breath and the feeling of not being able to breathe comfortably while on the outbound flight.

9. On the return flight from Colombia, the symptoms were worse and I began feeling panicked. But I was afraid to remove my mask because I did not wish to be accused of violating federal law.

10. As a result of the health issues I experienced when I was compelled to wear a mask on my trip to Colombia, and because of my concerns about being accused of violating federal law, I believe I cannot safely travel while this Mask Mandate remains in place, and so I have been forced to forego any trips for the foreseeable future.

I hereby declare under penalty of perjury that the foregoing is a true and correctstatement.

3

_A Carolina Daza_
A Carolina Daza (Feb 17, 2022 12:17 EST)

Ana Carolina Daza                              Date: Feb 17, 2022

# Declaration-of-Ana-Carolina-Daza

Final Audit Report                                            2022-02-17

| | |
|---|---|
| Created: | 2022-02-17 |
| By: | Allen Shoff (ashoff@davillierlawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAnItV0zskvoUEqCnNbEHjErC3WqFUSaUK |

## "Declaration-of-Ana-Carolina-Daza" History

- Document created by Allen Shoff (ashoff@davillierlawgroup.com)
  2022-02-17 - 5:12:20 PM GMT

- Document emailed to A Carolina Daza (carolina@salonzero.com) for signature
  2022-02-17 - 5:12:47 PM GMT

- Email viewed by A Carolina Daza (carolina@salonzero.com)
  2022-02-17 - 5:14:43 PM GMT

- Document e-signed by A Carolina Daza (carolina@salonzero.com)
  Signature Date: 2022-02-17 - 5:17:06 PM GMT - Time Source: server

- Agreement completed.
  2022-02-17 - 5:17:06 PM GMT

Adobe Sign