EXHIBIT "C"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO. 8:21-cv-1693-KKM-AEP

Health Freedom Defense Fund,
Inc., et al,

    *Plaintiffs*,

v.

Joseph R. Biden, Jr., et al,

    *Defendants*.

_____/

**DECLARATION OF PLAINTIFF SARAH POPE**

I, Sarah Pope, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth herein.

2. I am a resident of Hillsborough County, Florida.

3. Although I have taken short-haul flights to visit my mother in Virginia, during which I wore a mask as required, I cannot tolerate wearing a mask for longer periods of time.

4. I have suffered from panic attacks in the past and I am anxious about the danger of suffering one while in flight due to constricted breathing from

wearing a mask. I am a law-abiding person and would not want to be accused of violating federal law.

5. In June and July 2021, because of these concerns, I had to forego a family trip to Hawaii because I couldn't envision safely wearing a mask as required for the full duration of the flight from Florida to Hawaii.

6. I am unable to plan other long-haul trips due to my health concerns, including a trip that I had hoped to take to Great Britain to celebrate a close friend's birthday, this upcoming summer of 2022.

7. I strongly object to the Mask Mandate and want to see it removed so that I can take trips and experience the travel that I've had to forego since it has been in effect.

I hereby declare under penalty of perjury that the foregoing is a true and correct statement.

*Sarah Pope*
Sarah Pope (Feb 17, 2022 16:11 EST)
_____
Sarah Pope

Date: Feb 17, 2022

# Declaration-of-Sarah-Pope

Final Audit Report                                      2022-02-17

| | |
|---|---|
| Created: | 2022-02-17 |
| By: | Allen Shoff (ashoff@davillierlawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAR3b3Q88mq7UQWn9Lb6d4MPF6k40VLky6 |

## "Declaration-of-Sarah-Pope" History

📄 Document created by Allen Shoff (ashoff@davillierlawgroup.com)
2022-02-17 - 7:12:37 PM GMT

✉️ Document emailed to Sarah Pope (sarah@thehealthyhomeeconomist.com) for signature
2022-02-17 - 7:13:09 PM GMT

📄 Email viewed by Sarah Pope (sarah@thehealthyhomeeconomist.com)
2022-02-17 - 9:04:31 PM GMT

🖊️ Document e-signed by Sarah Pope (sarah@thehealthyhomeeconomist.com)
Signature Date: 2022-02-17 - 9:11:29 PM GMT - Time Source: server

✅ Agreement completed.
2022-02-17 - 9:11:29 PM GMT

Adobe Sign