# EXHIBIT D
# COVID-19 CASES IN GERMANY,
# MARCH 12 – MAY 15, 2020

Source: https://ourworldindata.org/coronavirus/country/germany

