# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HEALTH FREEDOM DEFENSE FUND, INC.; ANA CAROLINA DAZA; and SARAH POPE,

Plaintiffs,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 8:21-cv-1693-KKM-AEP

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's order and judgment issued April 18, 2022 (ECF Nos. 53, 54), granting Plaintiffs' cross-motion for summary judgment (ECF No. 48) and denying Defendants' motion for summary judgment (ECF No. 45), and from all previous rulings in this action.

Dated: April 20, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ROGER B. HANDBERG
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By: */s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
ANDREW F. FREIDAH
JOHNNY H. WALKER
MICHAEL J. GERARDI
  Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202-305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*