FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2022 AUG -2 PM 2: 24

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Health Freedom Defense Fund

**Plaintiff(s)**

v.

Case No. 8:21-cv-1693

President Joe Biden

**Defendant(s)**

Motion for Clarification on a non Party
(Title of Document)

Motion for Clarification on a none Party. Case # 8;21-CV-1693.

Dear Judge Kathryn Mizelle,

  I know your time is valuable therefore I will be brief, especially since you wrote this order.
I am writing to you to get clarification on your recent mask order. My employer has recently implemented the mask mandate because Covid numbers are elevated, but they released us once your ruling came down. To me this says they recognize your ruling but are pushing the boundaries.
At the end of your ruling you did not specify your ruling to just travelers Infact page 57 you state " and awarding complete relief here requires Vacatur."
Page 59 "The Court declares unlawful and vacates the mask mandate ....."
I am of course leaving a lot of examples out.
I am in the predicament on page 23, of course it being my employment.

I have directly been told it is a condition of my employment and part of my Uniform. I have also been directly told by my Supervisors I could go home if I didn't want to wear my mask for simply questioning why we were going against Your order.

I have learned alot reading your 59 page ruling. I have saved it to my Computer to continue to learn from.

So my question is Did you Completely overturn the mask Mandate? Even for employees in Situations as myself?. Please email me at Dmsterling91@icloud.com or respond to me by mail.

Daphne Sterling.
1514 10th Ave. Unit B.
N. St. Petersburg Fl. 33705

Sincerly,
Daphne Sterling.
Daphne S.