UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH FREEDOM DEFENSE
FUND, INC., ANA CAROLINA
DAZA, and SARAH POPE,

    Plaintiffs,

v.                                Case No: 8:21-cv-01693-KKM-AEP

JOSEPH R. BIDEN, JR., in his official
capacity as President of the United States,
et al.,

    Defendants.
_____

# ORDER

On June 22, 2023, the United States Court of Appeals for the Eleventh Circuit held that this case had become moot, vacated the order and judgment of this Court, and instructed this Court to dismiss this action as moot. USCA Op. (Doc. 65). On August 14, 2023, the Eleventh Circuit issued its mandate. USCA Mandate (Doc. 66). This Court adopts the Eleventh Circuit's mandate as the judgment of this Court. Accordingly, this action is **DISMISSED as moot**, and the Clerk is directed to **CLOSE** this action.

**ORDERED** in Tampa, Florida, on August 16, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge